Case 1:19-cv-00119   Document 44   Filed on 12/30/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSENDO PADILLA, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-119 |
| § | |
| THOMAS QUINTERO, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Rosendo Padilla, Jr. brings this action against Thomas Quintero, a deputy clerk in the Cameron County District Clerk's Office. Padilla alleges that for over a year, Quintero delayed filing a motion that Padilla sought to file to challenge the validity of a prior state court conviction. (Petition, Doc. 1, 1–2; Brief in Support, Doc. 1-1, 1–2) Quintero has moved for judgment on the pleadings. (Motion, Doc. 29)

The Magistrate Judge issued a Report and Recommendation (Doc. 40) recommending that the Motion be granted and that Padilla's claims be dismissed. Padilla filed objections. (Doc. 42)

The Court has conducted a *de novo* review of the record and the applicable law in this case. In his objections to the Report and Recommendation, Padilla re-urges arguments he presented to the Magistrate Judge, and which the Report and Recommendation ably and correctly addresses.

Accordingly, the Court **OVERRULES** Padilla's objections and **ADOPTS** the Report and Recommendation (Doc. 40). It is:

**ORDERED** that Defendant's Motion for Judgment on the Pleadings (Doc. 29) is **GRANTED**;

**ORDERED** that Plaintiff Rosendo Padilla, Jr.'s claim to have the Court order Defendant Thomas Quintero to calendar the motion is **DISMISSED WITHOUT PREJUDICE;** and

**ORDERED** that Plaintiff Rosendo Padilla, Jr.'s claim regarding denial of access to the court is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this matter.

SIGNED this 30th day of December, 2020.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge